IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00467-LTB-6

UNITED STATES OF AMERICA,

      Plaintiff,

v.

6. JOSE CORDOVA-VASQUEZ

      Defendant.

## MINUTE ORDER

Pursuant to the directions of                                               Kathy Triplett, Deputy Clerk
Magistrate Judge Boyd N. Boland                                        January 5, 2006

      It is hereby ordered that Defendant's Motion to Waive Appearance at Re-Arraignment on Superseding Indictment (doc #108) is denied for failure to comply with the requirements of Rule 10(b)(2), Fed. R. Crim. P.

      It is further ordered that upon oral motion by defendant's counsel, the re-arraignment is reset for January 13, 2006 at 1:30 p.m. before Magistrate Judge Schaffer. Defendant shall be present at that time.