IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00467-LTB-06

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

6.     JOSE CORDOVA-VASQUEZ,

        Defendant.

## ORDER

Comes on this day to be considered the Motion of the United States to dismiss Counts 1, 3, 5, 6, 7, 8, 9, 10, 11, 21, 22, 25 and 26 of the Superseding Indictment as they pertain to Defendant Jose Cordova-Vasquez. Having considered same, the Court finds there are good grounds to grant the motion.

IT IS HEREBY ORDERED that Counts 1, 3, 5, 6, 7, 8, 9, 10, 11, 21, 22, 25 and 26 of the Superseding Indictment are hereby DISMISSED as to Defendant Jose Cordova-Vasquez.

So Ordered this __1st__ day of September, 2006, at Denver, Colorado.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          LEWIS T. BABCOCK, CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO